**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

ELLEA GILBERT, individually,

Plaintiff,

v.                                                                                  Case No.: 0:16-cv-60876-FAM

REGIONAL ACCEPTANCE
CORPORATION, a North Carolina
Corporation,

Defendant.
_____ /

## NOTICE OF SETTLEMENT

Plaintiff, Ellea Gilbert, hereby notifies this Court that a settlement has been reached between the Parties, pending final execution of settlement documents and releases. Plaintiff estimates the parties will file a joint stipulation for dismissal with prejudice within thirty (30) days.

Dated: September 2, 2016

                                                                  Respectfully submitted,

                                                                  */s/ Scott D. Owens*
                                                                  Scott D. Owens, Esq.
                                                                  3800 S. Ocean Drive, Ste. 235
                                                                  Hollywood, FL 33019
                                                                  Phone 954-589-0588
                                                                 Fax 954-337-0666
                                                                  scott@scottdowens.com
                                                                 *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 2 September 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via U.S. Mail and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Scott D. Owens*
Scott D. Owens, Esq