UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-60876-CIV-MORENO

ELLEA GILBERT,

      Plaintiff,

vs.

REGIONAL ACCEPTANCE
CORPORATION,

      Defendant.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the Court's Notice of Court Practice upon Parties' Notice of Settlement. In that Order, the Court advised the parties to file all papers relating to the settlement by September 26, 2016. As of the date of this Order, the parties have not complied with the Court's Order. It is

ADJUDGED that in light of the parties settling this action, this case is **DISMISSED** in accordance with the settlement agreement. The Court shall retain jurisdiction to enforce the terms of the settlement agreement if it is filed in its entirety by **October 19, 2016.**. It is also

ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 27 of September 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record